# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Wisconsin

Case Number: 2:20CV386

Plaintiff:
**Andrea Laakso Maxwell**

vs.

Defendant:
**Outagamie County Jail, et al.**

For:
Randall L. Rozek
Rozek Law Offices S.C.
3970 N. OAKLAND AVE. SUITE 604
Milwaukee, WI 53211

Received by SOUTHEAST WISCONSIN PROCESS, LLC to be served on **WISCONSIN DEPARTMENT OF CORRECTIONS c/o Kevin A Carr, 3099 EAST WASHINGTON AVE, MADISON, WI 53704**.

I, Larry Larsen, being duly sworn, depose and say that on the **19th day of March, 2020** at **10:45 am**, I:

Served a Government Agency by delivering the **Summons in a Civil Action & Complaint at Law** with the date and hour of service endorsed thereon by me, to DIANE BERGEMAN as EXEC. STAFF ASSIST./ AUTHORIZED of the within named agency, and informing such person of their contents.

I certify that I am over the age of 18, I am a resident of the State of Wisconsin and have no interest in the above action.

Subscribed and Sworn before me on the 19th day of March, 2020 in Waukesha, State of Wisconsin

NOTARY PUBLIC
My Commission Expires 2/10/23

Larry Larsen
Process Server

SOUTHEAST WISCONSIN PROCESS, LLC
707 W. Moreland Blvd., Suite 2
Waukesha, WI 53188
(262) 650-8904

Our Job Serial Number: MDN-2020308171
Service Fee: $52.50

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20cv-00386-WED

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*: Wisconsin Department of Corrections

were received by me on *(date)* 3/17/20.

☐ I personally served the summons and the attached complaint on the individual at *(place)*: _____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Diane Bergeman who is designated by law to accept service of process on behalf of *(name of organization)* Wisconsin Department of Corrections on *(date)* 3/19/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/19/20

Server's signature

Larry E. Larsen, Server
Printed name and title

707 W. Moreland Blvd., Ste 2, Waukesha, WI 53188
Server's address

Additional information regarding attempted service, etc.: